# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**In re:**

| | |
|---|---|
| Debtor(s):<br>**Squirrels Research Labs LLC, et al.** | Judge: **TIIARA N.A. PATTON**<br>Bankruptcy Case: **21−61491−tnap** |
| Plaintiff(s):<br>**Frederic P Schwieg, Trustee** | Adv.Proc.No: **23−06030−tnap** |

−vs−

Defendant(s):
**Andrew Gould**

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

To the above−named defendant(s):

You are summoned and required to serve upon **Frederic P Schwieg**, plaintiff's attorney, whose address is **19885 Detroit Rd, #239, Rocky River, OH 44116**, either a motion or an answer to the attached complaint that is now served upon you. If you elect to respond first by motion, Bankruptcy Rule 7012 governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by **December 27, 2023**, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

*[If this summons and complaint are served in a foreign country]* Service of your answer must be made by the following date prescribed by the court:

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE: **January 23, 2024** at **01:00 PM**, **U.S. Bankruptcy Court, Courtroom, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702**

                                           Josiah C. Sell
                                       *Clerk of Bankruptcy Court*

                               By: **/s/ Anita Pribula,**
                                   *Deputy Clerk, US Bankruptcy Court*



Date of issuance: November 27, 2023

**Date:** November 27, 2023 Form ohnb310

# CERTIFICATE OF SERVICE

I,     Frederic P. Schwieg
of**
certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the **30th** day of November , 20 23 ,
I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on

the defendant(s) in this proceeding, by [describe here the mode of service]

    Certified First Class Mail, Postage prepaid

the said defendant(s) at

    Andrew Gould  4812 Wildflower Dr. North Canton, OH 44720

certify under penalty of perjury that the foregoing is true and correct.

Executed on   12/1/2023        /s/ Frederic P. Schwieg
           [Date]                       [Signature]

    19885 Detroit Rd #239 Rocky River OH 44116

** State mailing address