# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br><br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE<br>*Plaintiff*<br>V.<br>ANDREW GOULD<br>*Defendant* | ADVERSARY NO. 23-06030<br><br>ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

## CONSENT OF PLAINTIFF TO ENTRY OF FINAL ORDERS BY BANKRUPTCY JUDGE AND TO JURY TRIAL BY SAME

Plaintiff hereby submits this statement as required by the Court's January 27, 2024 judgment entry. Pursuant to Bankruptcy Rule 7012(b), Plaintiff consents to entry of final orders and/or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders of judgments consistent with Article III of the United States Constitution. In addition, pursuant to Bankruptcy Rule 9105(b), Plaintiff consents to a jury trial by a Bankruptcy Judge under 28 U.S.C. § 157(e).

Respectfully Submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice Of Appearance And Request For Service Of Papers was served on January 29, 2024 upon the following via the Court's ECF/CM system or by U.S. mail, postage prepaid as indicated below.

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com

/s/ Frederic P. Schwieg
Frederic P. Schwieg