# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br><br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE<br>*Plaintiff*<br>V.<br>ANDREW GOULD<br>*Defendant* | ADVERSARY NO. 23-06030<br><br>ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

## NOTICE OF HEARING FOR MOTION OF PLAINTIFF TO EXTEND TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANT

**PLEASE TAKE NOTICE that on March 23, 2024** Frederic P. Schwieg filed the Motion of Plaintiff to Extend Time to Obtain Service of Process on Defendant (Docket No.) (the "Motion")**.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion at a hearing, then on or before **April 8, 2024**, you or your attorney must:

File with the Court an objection/response at:

United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW
Canton, Ohio 44702

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your response to:

Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River OH 44116-1815

Please take further notice that a hearing on the Motion will be held on April 9, 2024 at 11:00 a.m. prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Ralph Regula Federal Building & U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

Respectfully Submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice Of Appearance And Request For Service Of Papers was served on March 23, 2024 upon the following via the Court's ECF/CM system or by U.S. mail, postage prepaid as indicated below.

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com

/s/ Frederic P. Schwieg
Frederic P. Schwieg