IT IS SO ORDERED.

Dated: April 19, 2024



_____
Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Squirrels Research Labs LLC, et al.**, | Case No. 21-61491 (TNAP) |
| Debtors. | Judge Tiiara N.A. Patton |
| **Frederic P. Schwieg, Trustee,** Plaintiff, v. **Andrew Gould,** Defendant. | Adv. Pro. No. 23-06030 (TNAP) |

# ORDER DIRECTING TRUSTEE FREDERIC P. SCHWIEG TO CURE CERTAIN FILING DEFICIENCIES BY FRIDAY, MAY 3, 2024

On March 22, 2024, Frederic P. Schwieg, Trustee ("Plaintiff") filed the *Motion of Plaintiff to Extend Time to Obtain Service of Process on Defendant* (ECF Docket No. 16) (the "Motion"); on March 25, 2024, the Court entered the *Notice of Filing Deficiencies* (ECF Docket No. 18) (the "Notice") based on Plaintiff's failure to (i) notice the Motion for hearing pursuant to *Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters)*[1], and (ii) correct the certificate of service for the Motion; as of the date of this Order, Plaintiff has failed to cure the filing deficiencies outlined in the Notice; accordingly, the Motion is not scheduled for a hearing before this Court; therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff, Frederic P. Schwieg, shall cure the filing deficiencies outlined in the Notice (ECF Docket No. 18) by **Friday, May 3, 2024**.

2. If Plaintiff does not cure the filing deficiencies, the relief in the Motion may be denied.

# # #

---

[1] Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters are available on the Court's website at https://www.ohnb.uscourts.gov/content/judge-tiiara-na-patton.

2

23-06030-tnap    Doc 20    FILED 04/19/24    ENTERED 04/19/24 11:45:03    Page 2 of 2