Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 23−06030−tnap**

**In re:**

**Social Security No.:**

# NOTICE OF HEARING

Rescheduled Time to 1:00 p.m.

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
May 21, 2024 at 1:00 p.m.
Ralph Regula U.S. Courthouse

To consider and act upon the following matters:

**Dated:** May 8, 2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　For the Court
Form ohnb187　　　　　　　　　　　　　　　　　　　　　　　　　　　　Josiah C. Sell, Clerk