United States Bankruptcy Court
Northern District of Ohio

Schwieg,
    Plaintiff

Gould,
    Defendant

Adv. Proc. No. 23-06030-tnap

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: eross | Page 1 of 1 |
| Date Rcvd: May 08, 2024 | Form ID: 187 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Andrew Gould, 4812 Wildflower Dr., North Canton, OH 44720-1174 |
| pla | + | Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com |

TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 23−06030−tnap**

**In re:**

**Social Security No.:**

### NOTICE OF HEARING

Rescheduled Time to 1:00 p.m.

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
May 21, 2024 at 1:00 p.m.
Ralph Regula U.S. Courthouse

To consider and act upon the following matters:

**Dated:** May 8, 2024  For the Court
Form ohnb187  Josiah C. Sell, Clerk