IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br><br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE<br>*Plaintiff*<br>V.<br>ANDREW GOULD<br>*Defendant* | ADVERSARY NO. 23-06030<br><br>ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

## WITHDRAWAL OF THIRD MOTION OF PLAINTIFF TO EXTEND TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANT

Plaintiff hereby withdraws his Third Motion of Plaintiff to Extend Time to Obtain Service of Process on Defendant.

Respectfully Submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Withdrawal of Third Motion to Extend Time was served on August 15, 2024 upon the following via the Court's ECF/CM system or by U.S. mail, postage prepaid as indicated below.

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com

/s/ Frederic P. Schwieg
Frederic P. Schwieg